IN THE

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE DISTRICT COURT IN PRUSZKOW, POLAND IN THE MATTER OF DANIEL LIPINSKI V. MONIKA LIPINSKI

Trial Date:

Case Number: 1:21-MC-00699

## *Affidavit of Service*

The undersigned hereby certifies as follows:

1. That I am a competent individual over eighteen (18) years of age and not a party to the above action.

2. That on **01/19/22 12:27 PM**, I served **Commissioner's Subpoena** upon **Tiffany Johnson**, **Legal Service Associate**, who acknowledged that he/she is authorized to accept on behalf of **Morgan Stanley**. Description as follows:

| Race | Sex | Age | Hair | Height | Weight |
|---|---|---|---|---|---|
| Black | Female | 50 - 54 | Black | 5ft 6in - 5ft 9in | 151 - 165 lbs |

3. That service was effected at 100 S. Charles Street, 4th Floor Baltimore, MD 21201.

4. That the facts, upon which I concluded that the individual served is of suitable age and discretion, are personal observation and the recipient's statement.

5. That, in accordance with MD Rule 20-201(f), this affidavit does not contain any restricted information.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.



_____
**Andre Powell**, Agent For
Monumental Process Servers, Inc.
823 M. L. K. Jr. Blvd.
Baltimore, MD 21201
Monumentalpsphotos@gmail.com
(410) 523-4980
**Process Server Cost: 45.00**
MPS File Number: 2112300199388
Client File Number: